JAMES FLANAGAN, as Executor, etc., Respondent, *v.* PATRICK
Fox, Appellant.*

(Argued January 18, 1895; decided February 5, 1895.)

APPEAL from order of the General Term of the Court of
Common Pleas for the city and county of New York, made
December 4, 1893, which reversed a judgment of the General
Term of the City Court of New York affirming a judgment
in favor of defendant entered upon an order dismissing the
complaint on trial, and also affirmed an order denying a
motion for a new trial.

*Archibald C. Shenstone* for appellant.

*J. Baldwin Hands* for respondent.

Agree to affirm and for judgment absolute in favor of
plaintiff on opinion below.
All concur.
Order affirmed and judgment accordingly.

---

* Reported below, 6 Misc. Rep. 132.